UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLESVILLE WORCESTER INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>                      -v-<br><br>SOMPO JAPAN INSURANCE COMPANY OF AMERICA, ET AL.,<br>                      Defendants. | 21-CV-150 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on January 8, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 25, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 19, 2021.

    SO ORDERED.

Dated: January 11, 2021
       New York, New York

                                                      _____
                                                           J. PAUL OETKEN
                                                           United States District Judge